

# IN THE
# TENTH COURT OF APPEALS

No. 10-19-00053-CV

HAMPTON ROADS LANDSCAPING
& LAWN CARE, LLC AND MARK TAYLOR,

Appellants

v.

THE GROUNDS GUYS, LLC,

Appellee

From the 74th District Court
McLennan County, Texas
Trial Court No. 2018-2319-3

# ORDER

Appellants' Motion to Substitute Counsel was filed on April 16, 2019. There is no indication in the Court's file, the clerk's record, or the reporter's record that Christopher D. Kratovil or the law firm of Dykema Gossett, PLLC has made an appearance in this appeal. Accordingly, the motion to substitute is denied.

However, because L. Hayes Fuller, III, Robert Little, and the law firm of Naman Howell Smith & Lee, PLLC have made an appearance in this appeal by way of the motion

to substitute, L. Hayes Fuller, III, Robert Little, and the law firm of Naman Howell Smith & Lee, PLLC will be added as additional counsel for appellants. We note that the lead counsel designation has not changed.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Motion denied.
Order issued and filed May 1, 2019

